## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eva M. Werley           |    CHAPTER 13
       James R. Werley

           <u>Debtors</u>             |    BKY. NO. 14-15883 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 5022

                                   Respectfully submitted,

                                   **<u>/s/Joshua I. Goldman, Esquire</u>**
                                   Joshua I. Goldman, Esquire
                                   Thomas Puleo, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406