Shawn J. Lau, Esquire
Attorney ID #:  56071
LAU & ASSOCIATES, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
Shawn_Lau@msn.com
(610) 370-2000 Phone
(610) 370-0700 Facsimile
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**JAMES WERLEY**<br>a.k.a. JAMES R. WERLEY, JR., a.k.a.<br>**JAMES R. WERLEY**<br>and<br>**EVA WERLEY**<br>a.k.a. EVA M. WERLEY, f.k.a. EVA M.<br>FENSTERMACHER, a.k.a. EVA<br>MARIE WERLEY<br>**DEBTOR(S)** | **BANKRUPTCY NO. 14-15883**<br><br>**CHAPTER NO. 13** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors, James Werley and Eva Werley, have filed a **Debtors' Motion For Determination Pursuant To F.R.B.P. 3002.1(h)** in the above-captioned matter.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Tuesday, September 10, 2019 you or your attorney must do ALL of the following:

 (a) File an answer explaining your position at

 United States Bankruptcy Court
 The Madison Building
 400 Washington Street
 Suite 301
 Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the movant's attorney

    Shawn J. Lau, Esquire
    Lau & Associates, P.C.
    4228 St. Lawrence Avenue
    Reading, PA 19606
    610-370-2000 PHONE
    610-370-0700 Fax

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, September 24, 2019 at 11:00 a.m. in the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: August 27, 2019                    */s/Shawn J. Lau*
                                                Shawn J. Lau, Esquire
                                                Lau & Associates, P.C.
                                                Attorney for Debtors