United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15883-elf
James Werley                                                            Chapter 13
Eva Werley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Linda              Page 1 of 2             Date Rcvd: Sep 16, 2019
                            Form ID: 138NEW          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db/jdb         +James Werley,    Eva Werley,    720 Lilac Lane,    Reading, PA 19606-3454
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13353000       +AES/PHEAA-Keycon,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13353001      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX  79998-2235)
13353002        Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE  19899-8803
13353004       +Blue Marsh Recovery, LLC,    2909 Windmill Road, Ste 9,    Reading, PA 19608-1681
13404931        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13353008       +Carrie A. Brown, Esquire,    Robert N. Polas, Jr., Esquire,    120 Corporate Blvd,
                 Norfolk, VA 23502-4952
13353009       +Chase/Bank One Card Serv,    P.O. Box 15298,    Wilmington, DE 19850-5298
13353011       +Daniel J. Santucci, Esq.,    Midland Credit Management, Inc,    P.O. Box 517,
                 Essington, PA 19029-0517
13353012        Delmarva Collection,    P.O. Box 37,    Salisbury, MD  21803-0037
13353015       +Emergency service Associates,    100 E. Carroll Street,    Salisbury, MD 21801-5422
13353019       +Hon. Nicholas M. Bentz, Jr.,    10 Fairlane Road,    Reading, PA 19606-9562
13353020       +Hon. Phyllis J. Kowalski,    10 Fairlane Road,    Reading, PA 19606-9562
13494180       +Lau & Associates, P.C.,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
13353024       +Midland Funding, LLC,    1 International Plaza 5th Fl,    Philadelphia, PA 19113-1510
13353025      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX   75067)
13381210       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13839494       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13353026        Northstar Location ServicesLLC,    4285 Genesee Street,    Cheektowaga, NY  14225-1943
13353030        Reading Health System,    P.O. Box 70894,    Philadelphia, PA  19176-5894
13353031       +Richard Caron Foundation,    P.O. Box 150,    Wernersville, PA 19565-0150
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2019 03:30:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2019 03:30:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:38:52     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13374265        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 03:42:09
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13353003       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 17 2019 03:30:40
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13353005        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:41:33     Capital One,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
13353006        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:38:53     Capital One/BonTon,
                 P.O. Box 30253,    Salt Lake City, UT  84130-0253
13353007        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:41:33     Captial One/Best Buy,
                 P.O. Box 30253,    Salt Lake City, UT  84130-0253
13353010       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 03:30:02     Comenity Bank/ BonTon,
                 3100 Easton Square PL,    Columbus, OH 43219-6232
13353014        E-mail/Text: mrdiscen@discover.com Sep 17 2019 03:29:55     Discover Financial Svc LLC,
                 P.O. Box 15316,    Wilmington, DE  19850-5316
13353013       +E-mail/PDF: pa_dc_ed@navient.com Sep 17 2019 03:41:39     Dept Of Education/Sallie Mae,
                 P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13363864        E-mail/Text: mrdiscen@discover.com Sep 17 2019 03:29:55     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13353017       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:40:10     GECRB/Sleep Number,
                 P.O. Box 965036,    Orlando, FL 32896-5036
13353018        E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:38:51     GEMB/Old Navy,    P.O. Box 965005,
                 Orlando, FL  32896-5005
13353016       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:40:05     Ge/JCPenny,    P.O. Box 965007,
                 Orlando, FL 32896-5007
13353021       +E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 03:29:56     Kohls/ CapOne,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
13353022        E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2019 03:30:14     Midland Credit Management,
                 8875 Aero Drive, Suite 2,    San Diego, CA  92123-2255
```

```
District/off: 0313-4           User: Linda              Page 2 of 2              Date Rcvd: Sep 16, 2019
                               Form ID: 138NEW          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13353023       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2019 03:30:14      Midland Funding,
                 8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
13439496        E-mail/PDF: pa_dc_claims@navient.com Sep 17 2019 03:41:41      Navient Solutions, Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
13353029        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 03:41:36
                 Portfolio Recovery Associates,     120 Corporate Blvd, Ste 100,    Norfolk, VA   23502
13407487        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 03:41:36
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13369604        E-mail/Text: bankruptcynotices@psecu.com Sep 17 2019 03:30:33      PSECU,   PO Box 67013,
                 Harrisburg, PA 17106-7013
13353027       +E-mail/Text: bankruptcynotices@psecu.com Sep 17 2019 03:30:33
                 Pa State Employees Credit Union,     1500 Elmerton Avenue,    Harrisburg, PA 17110-2990
13353028       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 03:30:02
                 Pacific Sunwear/Alliance Data,    P.O. Box 182789,    Columbus, OH 43218-2789
13370026        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 03:30:04
                 Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,   Kirkland, WA   98083-0788
13360398        E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2019 03:41:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13353032        E-mail/Text: bnc@alltran.com Sep 17 2019 03:29:56      United Recovery Systems, LP,
                 P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                 Dallas, TX   75261-9741)
13503792*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage, LLC,    P O Box 619096,
                 Dallas, TX   75261-9741)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              JENIECE D. DAVIS    on behalf of Creditor    The Pennsylvania State Employees Credit Union
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor James  Werley shawn_lau@msn.com, g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Joint Debtor Eva  Werley shawn_lau@msn.com,
               g61705@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Werley and Eva Werley
       Debtor(s)                                    Bankruptcy No: 14−15883−elf
                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          400 Washington Street
                                Suite 300
                              Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                     For The Court
                                                                     Timothy B. McGrath
                                                                       Clerk of Court

Dated: 9/16/19

                                                                                                      73 − 72
                                                                                                  Form 138_new