Certificate Number: 17572-PAE-DE-033510353

Bankruptcy Case Number: 14-15883



17572-PAE-DE-033510353

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2019, at 8:57 o'clock AM PDT, Eva M Werley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 5, 2019

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor