# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eva M. Werley<br>　　　　James R. Werley<br>　　　　　　　　Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　　　　Movant<br>　　　vs.<br>Eva M. Werley<br>James R. Werley<br>　　　　　　　　Debtors | NO. 14-15883 ELF |
| Scott F. Waterman, Esquire<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief of Nationstar Mortgage LLC, which was filed with the Court on or about September 27, 2019 (Document No. 76).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

December 26, 2019